# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO LUIS FREIRE, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> LAS VEGAS METROPOLITAN POLICE ) <br> DEPARTMENT, et al., ) <br> ) <br> Defendant(s). ) <br> _____ ) | Case No. 2:17-cv-01558-APG-NJK <br><br> **ORDER** <br><br> (Docket Nos. 1, 2) |

Pending before the Court is an application to proceed *in forma pauperis* that is unsigned. Docket No. 1 at 1. Accordingly, the application is **DENIED** without prejudice. Plaintiff shall carefully review the information provided in the application, and shall file a signed application to proceed *in forma pauperis* no later than June 29, 2017.

Also pending before the Court is a motion for evidentiary hearing. Docket No. 2. At this stage, the Court has not approved Plaintiff's application to proceed *in forma pauperis* nor has the Court screened the complaint as required by 28 U.S.C. § 1915. Accordingly, the motion for evidentiary hearing is **DENIED** as premature.

IT IS SO ORDERED.

Dated: June 15, 2017

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE