# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANTONIO LUIS FREIRE, | Case No. 2:17-cv-01558-APG-NJK |
| Plaintiff, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*, | (ECF Nos. 4,5) |
| Defendants. | |

On July 3, 2017, Magistrate Judge Koppe entered a report and recommendation that I (1) dismiss the complaint with prejudice because the plaintiff's allegations are frivolous and delusional. ECF No. 5. She also recommends his application to proceed in forma pauperis be denied as moot. *Id.* Plaintiff Antonio Freire did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

IT IS THEREFORE ORDERED that Judge Koppe's report and recommendation (ECF No. 5) is accepted, the complaint (ECF No. 1-1) is dismissed with prejudice, and the application to proceed in forma pauperis (ECF No. 4) is denied as moot. The clerk of court is instructed to close this case.

DATED this 2nd day of August, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE